THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW JACKSON, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Correctional Institution, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.